UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurice J. Curtis,<br><br>             Plaintiff,<br><br>    vs.<br><br>Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles; and DOES One through Twenty, inclusive<br><br>             Defendant. | CASE NO. 1:13-CV-01939 AWI BAM<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE DATE TO AUGUST 19, 2014** |

## **ORDER**

Pursuant to the Stipulation Continuing Settlement Conference Date To August 19, 2014, filed jointly by Plaintiff Maurice J. Curtis ("Plaintiff") and Defendant BCI Coca-Cola Bottling Company of Los Angeles, erroneously named as "Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles" ("Defendant" or "BCI"), and good cause appearing, the Court hereby GRANTS the Stipulation and orders the settlement conference date, previously set for August 4, 2014 at 10:30 a.m., to be continued to August 19, 2014 at 10:00 a.m. The parties shall comply with the directives in the April 11, 2014 scheduling conference order concerning the submission of confidential settlement conference statements.  Such statements shall be submitted no later than one (1) week prior to the continued settlement conference date.

IT IS SO ORDERED.

Dated:   **June 6, 2014**                                    _____
                                                                              UNITED STATES MAGISTRATE JUDGE