UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Maurice J. Curtis, | CASE NO. 1:13-CV-01939 AWI (BAM) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR LEAVE TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT, TO DISMISS VALERIE BUSTAMANTE AS A DEFENDANT AND TO DISMISS CERTAIN TIME-BARRED CLAIMS** |
| vs. | |
| Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles; and DOES One through Twenty, inclusive | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT, ETC.**

# ORDER

Pursuant to the Stipulation For Leave To Permit Plaintiff To File A Second Amended Complaint, To Dismiss Valerie Bustamante As A Defendant And To Dismiss Certain Time-Barred Claims, filed jointly by Plaintiff Maurice J. Curtis ("Plaintiff") and Defendant BCI Coca-Cola Bottling Company of Los Angeles, erroneously named as "Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles" ("Defendant" or "BCI") (collectively, the "Parties"), and good cause appearing, the Court hereby GRANTS the Stipulation as follows:

1. Plaintiff's purported claims against Valerie Bustamante are hereby dismissed with prejudice from this action.

2. Plaintiff's purported claims against Defendants for "Wrongful Termination in Violation of Public Policy" and for "Negligent Infliction of Emotional Distress" are hereby dismissed with prejudice from this action.

3. Plaintiff is afforded leave to file the Second Amended Complaint attached to the Parties' Stipulation as Exhibit A, with the Second Amended Complaint deemed filed upon entry of the Court's Order approving this Stipulation, and subject to Plaintiff's claims against Defendant BCI relating back to October 10, 2013, the date on which Plaintiff's original Complaint was filed.

4. By virtue of entering into this Stipulation, the Parties do not waive and expressly reserve all claims, rights and defenses in this action including, but not limited to, Defendant's right to challenge Plaintiff's jury demand in this action and the Second Amended Complaint as untimely as part of Defendant's currently-pending Motion to Strike Plaintiff's Untimely Demand For Jury Trial (Dkt. #13), which is set for hearing on August 15, 2014.

IT IS SO ORDERED.

Dated:  July 22, 2014

_____
SENIOR DISTRICT JUDGE