1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurice J. Curtis,<br><br>        Plaintiff,<br><br>    vs.<br><br>Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles; and DOES One through Twenty, inclusive<br><br>        Defendant. | CASE NO.  1:13-CV-01939 AWI (BAM)<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO VACATE AUGUST 4, 2014 HEARING DATE** |

**[PROPOSED] ORDER GRANTING STIPULATION TO WITHDRAW MOTION TO DISMISS FAC**

**ORDER**

Pursuant to the Stipulation to Withdraw Motion to Dismiss Plaintiff's First Amended Complaint and Vacate August 4, 2014 Hearing Date, filed jointly by Plaintiff Maurice J. Curtis ("Plaintiff") and Defendant BCI Coca-Cola Bottling Company of Los Angeles, erroneously named as "Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles" ("Defendant" or "BCI") (collectively, the "Parties"), and good cause appearing, the Court hereby GRANTS the Stipulation as follows:

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss") is hereby deemed withdrawn without prejudice; and
2. The August 4, 2014 hearing date on the Motion to Dismiss is hereby vacated; and
3. By virtue of entering into this Stipulation, the Parties do not waive and expressly reserve all claims, rights and defenses in this action with respect to Plaintiff's Second Amended Complaint.

IT IS SO ORDERED.

Dated: July 24, 2014

_____
SENIOR DISTRICT JUDGE

58947259.1

**[PROPOSED] ORDER GRANTING STIPULATION TO WITHDRAW MOTION TO DISMISS FAC**