UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MAURICE J. CURTIS, | CASE NO. 1:13-cv-01939-AWI-BAM |
|---|---|
| Plaintiff, | **ORDER** CONTINUING SETTLEMENT CONFERENCE |
| vs. | (ECF No. |
| BCI COCA COLA BOTTLING COMPANY OF LOS ANGELES, a Corporation d/b/a Coca-Cola; and DOES One through Twenty, inclusive, | |

Pursuant to the Stipulation of the parties, and good cause appearing, the Court hereby GRANTS the Stipulation and orders the settlement conference date, previously set for August 19, 2014 at 10:00 a.m., to be continued to September 30, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**August 6, 2014**__                    _____
                                                UNITED STATES MAGISTRATE JUDGE