UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurice J. Curtis,<br><br>    Plaintiff,<br><br>    vs.<br><br>Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles; and DOES One through Twenty, inclusive<br><br>    Defendant. | CASE NO. 1:13-CV-01939 AWI BAM<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE DATE** |

**ORDER**

Based on the mutual agreement of the respective counsel of record for Plaintiff Maurice J. Curtis and Defendant BCI Coca-Cola Bottling Company of Los Angeles (erroneously named as "Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles") that the above-captioned matter is not currently postured for a meaningful settlement conference, the Court hereby orders the settlement conference previously set for September 30, 2014 at 10:00 a.m. to be continued to January 20, 2015 at 10:00 a.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **September 24, 2014**                             _____
                                                                                  UNITED STATES MAGISTRATE JUDGE