1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10

11 | MAURICE J CURTISE, | CASE NO. 1:13-CV-01939 AWI-BAM
12 | Plaintiff, | **ORDER GRANTING STIPULATION TO WITHDRAW MOTION TO COMPEL SECOND SESSION OF DEPOSITION OF PLAINTIFF AND FOR SANCTIONS**
13 | vs. |
14 | COCA-COLA Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles; and DOES One through Twenty, inclusive | **(DKT. #41)**
15 | |
16 | |
17 | Defendant. |
18

19
20
21
22
23
24
25
26
27
28

61382490.1

**ORDER**

Pursuant to the Stipulation to Withdraw Motion to Compel and Vacate October 31, 2014 Hearing Date, filed jointly by Plaintiff Maurice J. Curtis ("Plaintiff") and Defendant BCI Coca-Cola Bottling Company of Los Angeles, erroneously named as "Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles" ("Defendant" or "BCI") (collectively, the "Parties"), and good cause appearing, the Court hereby GRANTS the Stipulation as follows:

1. Defendant's Motion to Compel shall be deemed withdrawn without prejudice;
2. The October 31, 2014 hearing date on the Motion to Compel is VACATED; and
3. By virtue of entering into this Stipulation, the Parties do not waive and expressly reserve all claims, rights and defenses in this action including, but not limited to, with respect to Plaintiff's Second Amended Complaint and questions not answered by Plaintiff during the second session of his deposition on October 21, 2014.

IT IS SO ORDERED.

Dated:   **October 27, 2014**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE