UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE J. CURTIS,<br><br>    Plaintiff,<br><br>    v.<br><br>BCI COCA-COLA ENTERPRISES BOTTLING COMPANIES,<br><br>    Defendants.<br>_____ / | Case No. 1:13-cv-1939 AWI-BAM<br><br>**ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION SHOULD NOT ISSUE AGAINST MARIO VALDEZ**<br><br>(Doc. 47).<br><br>Date:  December 19, 2014<br>Time:  9:00 AM<br>Dept.:  8 (LJO) |

**TO: MARIO VALDEZ**

On November 7, 2014, Defendant BCI Coca-Cola Bottling Company of Los Angeles ("Defendant") filed an application for an order to show cause why third-party witness Mario Valdez ("Mr. Valdez") should not be held in civil contempt for failure to appear at his October 21, 2014 deposition pursuant to subpoena.

Based on review the reord, this Court SETS a hearing for December 19, 2014 at 9:00 a.m. in Department 8 (BAM) to address whether Mr. Valdez will be held in civil contempt for failure to appear at his deposition pursuant to subpoena.

Accordingly, **YOU ARE HEREBY ORDERED TO APPEAR** on **December 19, 2014 at 9:00 AM** at the United States Courthouse, located at 2500 Tulare Street Fresno, California, 93721 to

1

show cause why you should not be held in contempt for willfully disobeying a Subpoena in a Civil Case which was personally served upon you on September 30, 2014, and which required your appearance and the production of documents at a deposition on October 21, 2014. This Court orders that no later than December 3, 2014, Defendant shall personally serve Mr. Valdez with a copy of this order and with a copy of Defendant's application papers for an order to show cause.

No later than December 12, 2014, Mr. Valdez may file and serve papers to address his failure to appear and to show cause why he should not be held in civil contempt for failure to appear at his deposition. No later than December 16, 2014, Defendant and other parties may file and serve papers to respond to Mr. Valdez's papers.

In the event you submit to deposition by Defendants before the hearing on December 19, 2014, the Court will consider vacating the hearing re: contempt and discharging the order to show cause.

IT IS SO ORDERED.

Dated:   **November 25, 2014**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE