UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE J. CURTIS,<br><br>          Plaintiff,<br><br>     vs.<br><br>BCI  COCA-COLA ENTERPRISES BOTTLING COMPANIES,<br><br>          Defendants. | Case No.:1:13-cv-1939 AWI-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 64) |

On November 7, 2014, Defendant BCI Coca-Cola Bottling Company of Los Angeles ("Defendant") filed a motion for civil contempt sanctions and an application for an order to show cause why third-party witness Mario Valdez ("Mr. Valdez") should not be held in civil contempt for failure to appear at his October 21, 2014 deposition pursuant to subpoena. The matter was referred to United States Magistrate Judge Barbara A. McAuliffe pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 25, 2014, the Magistrate Judge issued an Order to Show Cause ("OSC") why Mr. Valdez should not be held in civil contempt for failing to comply with a Court order to appear at his deposition. (Doc. 52). A hearing regarding the OSC was held on December 19, 2014 at 9:00 am. Non-party, Mario Valdez, appeared in person.

1

On December 22, 2014, the Magistrate Judge issued Findings and Recommendations that the motion for civil contempt sanctions be DENIED.  (ECF No. 64.) The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service.  To date, no party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued December 22, 2014, are adopted in full.

IT IS SO ORDERED.

Dated:   January 12, 2015

SENIOR  DISTRICT  JUDGE