1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10

11 | Maurice J. Curtis,                                      | CASE NO. 1:13-CV-01939 AWI (BAM)
12 |             Plaintiff,                                  | **ORDER VACATING SETTLEMENT CONFERENCE**
13 |         vs.                                             |
14 | Coca-Cola Enterprises Bottling Companies,               | Current Date: January 20, 2015
   | dba. Coca Cola Bottling Company of Los                  | Time:         10:00 a.m.
15 | Angeles; and DOES One through Twenty,                   | Judge:        Magistrate Judge Stanley Boone
   | inclusive
16
   |             Defendant.
17

**ORDER**

The Court hereby orders the settlement conference previously scheduled for January 20, 2015 at 10:00 a.m. between Plaintiff Maurice J. Curtis and Defendant BCI Coca-Cola Bottling Company of Los Angeles (erroneously named as "Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles") shall be and hereby is vacated due to the fact that the parties believe this case is not yet in settlement posture.

IT IS SO ORDERED.

Dated:   **January 13, 2015**

UNITED STATES MAGISTRATE JUDGE

1