**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE J. CURTIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BCI COCA-COLA ENTERPRISES BOTTLING COMPANIES,<br><br>　　　　Defendants. | Case No.:1:13-cv-1939 AWI-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 71) |

　　This action was removed to federal court by Defendant BCI Coca-Cola Bottling Company of Los Angeles ("Defendant") on November 17, 2013. (ECF No. 1.) On December 4, 2014, Plaintiff Maurice Curtis moved to remand this action back to Fresno County Superior Court (ECF No. 56) for a lack of diversity jurisdiction. The matter was referred to United States Magistrate Judge Barbara A. McAuliffe pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On January 20, 2015, Magistrate Judge McAuliffe issued Findings and Recommendations recommending that the Motion to Remand be DENIED. (ECF No. 71.) The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service. To date, no party has filed objections to the Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued January 20, 2015, are adopted in full;
2. Plaintiff's Motion to Remand, filed on December 4, 2014, is DENIED.

IT IS SO ORDERED.

Dated:  February 18, 2015

SENIOR DISTRICT JUDGE