## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurice J. Curtis,<br><br>             Plaintiff,<br><br>      vs.<br><br>Coca-Cola Enterprises Bottling Companies, dba. Coca Cola Bottling Company of Los Angeles; and DOES One through Twenty, inclusive<br><br>             Defendant. | CASE NO. 1:13-CV-01939-AWI-BAM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

Having reviewed and considered the Joint Stipulation of Dismissal of Entire Action With Prejudice, IT IS HEREBY ORDERED that Plaintiff's Second Amended Complaint (Dkt. #16, Exh. A) (the "SAC") in this action shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties each bearing their own respective costs and attorneys' fees incurred in this action.

IT IS SO ORDERED.

Dated:  March 17, 2015                    _____
                                          SENIOR DISTRICT JUDGE